IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**CEDRIC PETERSON,**

        **Petitioner,**

   v.              **CASE NO. 20-3153-SAC**

**DAN SCHNURR,**

        **Respondent.**

**O R D E R**

This matter is a petition for habeas corpus filed under 28 U.S.C. § 2254. Petitioner proceeds pro se. The Court has conducted an initial review of the petition under Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts.

The Court concludes, after a preliminary review of the petition, that a limited Pre-Answer Response (PAR) is appropriate in this matter. *See Denson v. Abbott*, 554 F. Supp. 2d 1206 (D. Colo. 2008).

Accordingly, the Court directs Respondent to file such a response limited to addressing the affirmative defense of timeliness under 28 U.S.C. § 2244(d). If Respondent does not intend to raise that defense, Respondent shall notify the Court of that decision in the PAR.

Upon the filing of the PAR, Petitioner may reply and may provide any information that may be relevant to the defense identified in that response.

**IT IS THEREFORE ORDERED** that Respondent is granted to and including **December 9, 2020**, to file a Pre-Answer Response that complies with this order.

1

**IT IS FURTHER ORDERED** that Petitioner is granted to and including **January 11, 2020**, to file a reply.

**IT IS SO ORDERED.**

**DATED:  This 9th day of November, 2020, at Topeka, Kansas.**


s/ Sam A. Crow
**SAM A. CROW**
**U.S. Senior District Judge**