IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**CEDRIC PETERSON,**

                **Petitioner,**

    v.                                        **CASE NO. 20-3153-SAC**

**DAN SCHNURR,**

                **Respondent.**

## O R D E R

This matter is before the Court on a Motion for Extension of Time (ECF No. 7) filed by Respondent. Respondent requests an extension of thirty (30) days to respond to the petition due to the press of other business. This is Respondent's second request for an extension of time.

For good cause shown,

**IT IS THEREFORE ORDERED** that Respondent's Motion for Extension of Time (ECF No. 7) is **granted**. The deadline for Respondent to file an Answer and Return is **March 10, 2021**.

**IT IS SO ORDERED.**

DATED: This 2nd day of February, 2021, at Topeka, Kansas.

                                          s/ Sam A. Crow
                                          **SAM A. CROW**
                                          **U.S. Senior District Judge**